Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 11, 1961

**No. 65431.**—Juillard Fancy Foods Co. and W. J. Byrnes & Co. et al. *v.* United States, protests 59/31596, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 65432.**—Cresca Co., Inc., et al. *v.* United States, protests 60/14109, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 65433.**—Cresca Co., Inc., et al. *v.* United States, protests 60/20657, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 65434.**—A. V. Olsson Trading Co., Inc. *v.* United States, protest 60/21473 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

**No. 65435.**—A. V. Olsson Trading Co., Inc. *v.* United States, protest 60/26665 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 65436.—Hafnia Ham Co., Inc. *v.* United States, protest 59/18175 (Galveston).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the merchandise described as 285 cases of Mini Fynbo cheese is, in fact, Gouda cheese containing 40 percent or more of butter fat, the claim of the plaintiff was sustained.

No. 65437.—C. & J. Jones, Ltd., et al. *v.* United States, protests 262314–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

No. 65438.—Jovita Perez *v.* United States, protest 269301–K (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65439.—M. S. Cowen Company *v.* United States, protest 277618–K (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65440.—Rocca-Cuvi, Inc., et al. *v.* United States, protests 284651–K, etc. (San Francisco).